**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 09-81-DLB-JGW-3**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

vs.         **ORDER ADOPTING REPORT & RECOMMENDATION**

**DANIEL J. DAVIS**                                                                 **DEFENDANT**

*** *** *** ***

This matter is before the Court upon the June 7, 2012 Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of nine (9) months incarceration, with no supervised release to follow. (Doc. # 137). During the final revocation hearing conducted by Magistrate Judge Wehrman on June 6, 2012, Defendant admitting to violating the terms of his supervised release as set out in the April 6, 2012 violation report of United States Probation Officer Stacey M. Suter. (*Id.*).

Defendant having executed a waiver of his right to allocution (Doc. # 134), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 137) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **NINE (9) MONTHS**, with no supervised release to follow; and

5. A Judgment shall be entered contemporaneously herewith.

This 27th day of June, 2012.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2009\09-81 Order adopting R&R.wpd

2